Case # 3:26MJ5225

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Sara Langenderfer, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the FBI and have been so employed since January 2016.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests enumerated in Title 18, United States Code, Section 2516.  I am currently assigned to the Joint Terrorism Task Force (JTTF) in Toledo, Ohio, and investigate terrorism-related violations of Title 18 of the United States Code and other violations of federal law.  I have received training, and been involved with, investigations of numerous types of criminal matters, including but not limited to international and domestic terrorism investigations, violent crimes against children, transnational organized crime, public corruption, hate crimes, as well as other national security investigations.

2.      As a federal agent, Affiant is authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. The statements contained in this affidavit are based on my experience and background as a Special Agent and on information provided by police officers, task force officers, other Agents of the FBI and other law enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to show there is probable cause for issuance of a complaint and warrant. Actions, conversations, and statements are described in substance and in part, except where otherwise indicated.

Case # 3:26MJ5225

3.      Based on the facts contained below, there is probable cause to believe that on April 28, 2026, at approximately 7:46pm EST, NIKOLAS SALEMASSI, through the use of a phone, an instrument of interstate or foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt to unlawfully damage or destroy any building, vehicle, or other real or personal property by means of a fire or an explosive, in violation of 18 U.S.C. § 844(e).

4.      On April 28, 2026, at approximately 7:46 p.m. EDT, an individual, using telephone number 419-731-6434 ("TARGET NUMBER"), called in a bomb threat to Fifth Third Field, located at 406 Washington St., Toledo, OH 43604, in the Northern District of Ohio.

5.      The suspect reported this was not a joke, right now there were multiple bombs placed around the "whole stadium," at least six or eight. The suspect said he needed Fifth Third Field to get in contact with the police and that he (the suspect) had already tried, but nobody was responding to him. The suspect reiterated this was not a joke, these were pipe bombs, and they were ready to go off.

6.      Local law enforcement responded to the call and swept the area for bombs. There was no pipe bombs located on or near the property.

7.      The TARGET NUMBER was queried through open source and found to be owned by telecommunications service provider, Inteliquent. The TARGET NUMBER was then queried through Inteliquent's Law Enforcement Portal and found to be leased to TextMe. FBI Toledo served an Emergency Disclosure Request[1] (EDR) to TextMe for the TARGET

---

[1] Under 18 U.S. Code § 2702(b)(8), a provider described in subsection (a) may divulge the contents of a communication to a governmental entity, if the provider, in good faith, believes that an emergency involving danger

2

Case # 3:26MJ5225

NUMBER. According to the records provided, the user was utilizing a time zone of "America/Detroit." While there was no name associated with the account, the user did provide verified email address wjr245wgsp@privaterelay.appleid.com. Additionally, the TextMe records included device information, which indicated the user was utilizing an Apple device, specifically an iPhone 15 Plus. The records also revealed there were three telephone numbers associated with the account. According to TextMe's informational notes included in the EDR return, a user may change their phone number or have multiple phone numbers associated with their account at the same time. One of the telephone numbers associated with this account was the TARGET NUMBER. The allocation date was April 28, 2026, at 11:40 p.m. UTC, which is 7:40 p.m. EDT, and the withdrawal date was April 28, 2026, at 11:50 p.m. UTC, which is 7:50 p.m. EDT.  In other words, the user changed their TextMe telephone number to the TARGET NUMBER on April 28, 2026, at 7:40 p.m. EDT and then the TARGET NUMBER was removed from the account approximately ten minutes later at 7:50 p.m. EDT.  It should be noted, the bomb threat was made to Fifth Third Field on April 28, 2026, at 7:46 p.m. EDT, during the approximate 10 minutes the user utilized the TARGET NUMBER.

8.      Agents submitted an EDR to Apple, Inc. ("Apple") requesting information on the Apple Account that utilized verified email address wjr245wgsp@privaterelay.appleid.com. The EDR also included additional details on the device information provided by TextMe. Apple responded to the EDR revealing the associated Apple account was associated with an iPhone 15

---

of death or serious physical injury to any person requires disclosure without delay of communications relating to the emergency. *See* https://www.law.cornell.edu/uscode/text/18/2702, last visited May 9, 2026.

3

Case # 3:26MJ5225

Plus belonging to an individual listed as "Nikolas Ford," with the email address "nickfordcomedy@icloud.com" and telephone numbers 989-941-8003 and 313-459-9813.

9.      An open-source search revealed telephone number 313-459-9813 belonged to SALEMASSI. Additional open-source searches identified SALEMASSI's address as 23488 Mahoney Ct, 176, Trenton, MI 48183.  Of note, SALEMASSI's residence is approximately 22 minutes outside of Detroit, Michigan, and as such, would utilize the America/Detroit time zone that was in the TextMe EDR return.

10.     An open-source search for nickfordcomedy@icloud.com and the name "Nickolas Ford" revealed an Instagram account in the name "nikfordcomedy." Agents reviewed videos from the "nikfordcomedy" Instagram account, and they were a match to SALEMASSI's driver's license photograph.

11.     On May 12, 2026, FBI Toledo obtained a federal search warrant signed by the Honorable David R. Grand, U.S. Magistrate Judge for the Eastern District of Michigan for SALEMASSI's residential address, 23488 Mahoney Ct., 176, Trenton, MI 48183, the person of NIKOLAS SALEMASSI, and any electronic devices located therein/thereon (case number 2:26-mc-50521-1).

12.     On or about May 14, 2026, Affiant spoke with SALEMASSI's Wayne County Probation Officer who confirmed SALEMASSI's telephone number was 313-459-9813, which was included in the records received from Apple pursuant to the EDR. The Probation Officer also confirmed the address she had on file for SALEMASSI was 23488 Mahoney Ct., Trenton, MI.

4

Case # 3:26MJ5225

13.     On May 19, 2026, Agents executed a federal search warrant at 23488 Mahoney Ct., 176, Trenton, MI 48183. Agents spoke to SALEMASSI in a post-Miranda interview.  In sum and substance, SALEMASSI admitted he has been coming to Toledo once or twice a week for the last year or so. After agents explained what this was about, they asked SALEMASSI if he had heard of Fifth Third Field in Toledo.  SALEMASSI responded, "I know what this is regarding." SALEMASSI stated, "I called and I thought there was something happening over there, there was a bomb, or something like that, or a shot, or something like, or shots going off, or something like that." SALEMASSI advised that he thought something was happening that wasn't happening and had heard a loud noise, but he wasn't sure.  SALEMASSI said at the time he was at Chevy's Place[2] for open mic and it was approximately 8:00PM when he heard people talking that there was a bomb threat "there," or somebody was shooting, though he claimed he could not recall which.  According to SALEMASSI, someone else told him "something was happening."  SALEMASSI claimed he was drunk at the time and was unable to recall exactly what had happened.  However, SALEMASSI admitted he made a call on that date about 'something that was happening,' but he claimed it was to the police/9-1-1.  After the 9-1-1 operator said there was no game that night, he hung up and "took the mic." Agents asked if SALEMASSI ever called Fifth Third Field to let someone know this was happening and SALEMASSI answered, "No. Oh, was it a Fifth Third I called to tell them that there was something happening there?"  SALEMASSI apologized if there was a mix up, or mistake, and that there was no ill intent and understood they were just doing their job.

---

[2] It should be noted this is located in downtown Toledo, just a few blocks from Fifth Third Field.

5

Case # 3:26MJ5225

14.     Agents asked what kind of phone SALEMASSI had, and he said an iPhone 15. SALEMASSI confirmed his telephone number was 313-459-9813. When asked if he used that phone to place the call, SALEMASSI said he could not remember. SALEMASSI denied having more than one phone. Thus, agents replied that if he had only one phone then it was probably that phone, to which SALEMASSI said, "probably, yeah."

15.     A cell phone was located in a drawer in the TV stand in the living room where SALEMASSI told his mother his phone was located.  It was an iPhone 11 that was turned off with no charge to the phone, leading agents to believe there was a newer cell phone in the residence belonging to SALEMASSI.  SALEMASSI's mother lived at the residence as well and said he had only one phone that she knew of, though she did not know what kind.

16.     During search warrant execution, another cell phone, an iPhone 15 Plus, was located in SALEMASSI's bedroom.  It was located inside a jacket in SALEMASSI's closet, specifically inside the lining of the jacket sleeve.  It appeared as if the jacket had been ripped and the phone was fed through the lining of the arm.  Legal records obtained from EDRs indicate the device associated with the telephone number that placed the false bomb call to Fifth Third Field was an iPhone 15 Plus.  The phone was seized and placed into FBI Toledo Evidence.

17.     FBI Toledo took SALEMASSI into custody at his residence in Brownstown Township, Michigan on May 19, 2026.

18.     Based on the information herein, there is probable cause to believe that SALEMASSI violated 18 U.S.C. § 844(e).

6

Case # 3:26MJ5225

19.  Accordingly, I respectfully request that the Court issue a Criminal Complaint and arrest warrant for NIKOLAS SAMIR SALEMASSI.

Respectfully submitted,

_____
Special Agent Sara Langenderfer
Federal Bureau of Investigation

Sworn to via phone/video this 19th day of May 2026, after submission by reliable electronic means, per Fed.Crim.R. 41 and 4.1(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

7