**FILED**

JUN 03 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | **3:26 CR 265** |
| | ) | **JUDGE KNEPP** |
| v. | ) | CASE NO._____ MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| NIKOLAS SAMIR SALEMASSI, aka | ) | Section 844(e) |
| NIKOLAS FORD, | ) | |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Threatening Communications involving Explosives, 18 U.S.C. § 844(e))

The Grand Jury charges:

1.      On or about April 28, 2026, in the Northern District of Ohio, Western Division, Defendant NIKOLAS SAMIR SALEMASSI, aka NIKOLAS FORD, through the use of a telephone or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be materially false, concerning an attempt being made and to be made to unlawfully damage or destroy a building or other real property by means of an explosive; to wit, Fifth Third Field in Toledo, Ohio, in violation of Title 18, United States Code, Section 844(e).

FORFEITURE SPECIFICATION

The Grand Jury further charges:

2.      The allegation of Count 1 is hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), 844(c)(1) and 28 U.S.C. § 2461(c).  As a result of the foregoing offense, Defendant NIKOLAS SAMIR SALEMASSI, aka NIKOLAS FORD shall forfeit to the United States all

property constituting or derived from proceeds traceable to the offense charged in Count 1; and all explosive material involved or used or intended to be used violation of Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2